43 A.3d 1161

IN THE MATTER OF RICHARD C. HEUBEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 020831977).

June 7, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 11–383, concluding on the record certified to the
Board pursuant to *Rule* 1:20–4(f) (default by respondent), that
**RICHARD C. HEUBEL** of **NORTH BERGEN**, who was admit-
ted to the bar of this State in 1977, should be censured for
violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep
client reasonably informed about the status of matter), *RPC*
1.15(a) (negligent misappropriation) *RPC* 1.15(a) (negligent misap-
propriation), *RPC* 1.15(d) (recordkeeping violations), and *RPC*
8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having concluded that re-
spondent should be required to submit the outstanding business
and trust and business reconciliations to the Office of Attorney
Ethics within ninety days, failing which the Office of Attorney
Ethics may file a motion for respondent's temporary suspension
from practice;

And the Disciplinary Review Board having further concluded
that respondent should be required to submit to the Office of
Attorney Ethics on a quarterly basis monthly reconciliations of his
attorney accounts prepared by a certified public accountant ap-
proved by the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **RICHARD C. HEUBEL** is hereby
censured; and it is further

ORDERED that within ninety days after the filing date of this
Order, respondent shall submit to the Office of Attorney Ethics
the previously requested attorney account reconciliations prepared

by a certified public accountant approved by the Office of Attorney Ethics, failing which the Office of Attorney Ethics may file a motion for respondent's temporary suspension from practice; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics on a quarterly basis monthly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics, for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.